433 A.2d 127

Commonwealth v. Griffin, Appellant.

520

Submitted November 14, 1980. Louis R. Dadowski, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.